UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNIPER NETWORKS, INC.,

    Plaintiff,

    v.

MOSAID TECHNOLOGIES, INC.,

    Defendant.
_____/

No. C 11-6264 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to dismiss, which was previously set for March 21, 2012 at 9:00 a.m., has been CONTINUED to March 28, 2012, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.

**IT IS SO ORDERED**.

Dated: March 12, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge