IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
(mchu@irell.com)
Richard M. Birnholz (SBN 151543)
(rbirnholz@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Nima Hefazi (SBN 272816)
(nhefazi@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Plaintiff
JUNIPER NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JUNIPER NETWORKS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MOSAID TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 4:11-cv-06264-PJH<br><br>**JUNIPER'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Action filed:    December 13, 2011 |

1  TO THE CLERK OF THE COURT AND ALL INTERESTED PERSONS:

2  PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

3  Civil Procedure, Plaintiff Juniper Networks, Inc. ("Juniper") hereby dismisses the above-captioned

4  action for declaratory relief against Mosaid Technologies, Inc. without prejudice.

Dated: March 28, 2012                              Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu (SBN 70446)
(mchu@irell.com)
Richard M. Birnholz (SBN 151543)
(rbirnholz@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

Nima Hefazi (SBN 272816)
(nhefazi@irell.com)
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

*/s/ Richard Birnholz*

Attorneys for Plaintiff Juniper Networks, Inc.

- 1 -

2593629.1 01       JUNIPER'S NOTICE OF DISMISSAL WITHOUT PREJUDICE